# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| ANDREW D. WETZEL | CIVIL ACTION |
|---|---|
| VERSUS | NO. 09-7449 |
| CHARLES FOTI | SECTION "N (6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Andrew D. Wetzel for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

New Orleans, Louisiana, this 21st day of January, 2010.

UNITED STATES DISTRICT JUDGE